UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DANE M. WHITAKER and : CHAPTER 13
TAMMY S. WHITAKER :
   Debtor(s) :
:
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
   Movant :
:
vs. :
:
DANE M. WHITAKER and :
TAMMY S. WHITAKER ` :
   Respondent(s) : CASE NO. 1-17-bk-02403

## TRUSTEE'S OBJECTION TO THIRD AMENDED CHAPTER 13 PLAN

   AND NOW, this 26th day of February, 2019, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

   a. The debtor(s) defaulted under their original plan or their previous plan. (No post-petition mortgage payments made.)

   WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of debtor(s) plan.
   b. Dismiss or convert debtor(s) case.
   c. Provide such other relief as is equitable and just.

   Respectfully submitted:

   Charles J. DeHart, III
   Standing Chapter 13 Trustee
   8125 Adams Drive, Suite A
   Hummelstown, PA 17036
   (717) 566-6097

BY: /s/James K. Jones
   Attorney for Trustee

## CERTIFICATE OF SERVICE

AND NOW, this 26th day of February, 2019, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

James Bach, Esquire
352 S. Sporting Hill Road
Mechanicsburg, PA 17050

/s/Deborah A. Behney
Office of Charles J. DeHart, III
Standing Chapter 13 Trustee