UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

DANE M. WHITAKER
TAMMY S. WHITAKER
    Debtors

CHAPTER 13

CASE NO.: 1:17-bk-02403-HWV

DANE M. WHITAKER
TAMMY S. WHITAKER
    Movants
v.
MEMBERS 1ST FEDERAL
CREDIT UNION
    and
PENNSYLVANIA HOUSING
FINANCE AGENCY
    Respondents

MOTION SEEKING COURT APPROVAL
TO SELL REAL ESTATE FREE AND
CLEAR OF ALL LIENS

## AMENDED ORDER

**AND NOW** it is hereby ordered and directed as follows:

1. The sale of the Debtors' property known and numbered as 320 Sawmill Road, Dillsburg PA 17019 is hereby approved.

2. The sale of property shall be Free and Clear of all Liens.

3. The sale may take place immediately.

4. The sale that pays in full the liens of Member's 1st Federal Credit Union and Pennsylvania Housing Finance Agency should occur within 90 days from the date of this order.

Dated: December 12, 2019

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (JH)