```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 17-02403-HWV
Dane M Whitaker                                                 Chapter 13
Tammy S Whitaker
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: MichaelMc          Page 1 of 1          Date Rcvd: Dec 12, 2019
                              Form ID: pdf010          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2019.
+Pennsylvania Housing Finance Agency 211 North Fron, Harrisburg, PA 17101-1406

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
+E-mail/Text: unger@members1st.org Dec 12 2019 19:09:51   Members 1st Federal Credit Union,
  5000 Louisa Drive,  Mechanicsburg, PA 17055-4899
                                                                                              TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2019                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Jada S Greenhowe    on behalf of Creditor   Pennsylvania Housing Finance Agency JGREENHOWE@PHFA.ORG
              James Warmbrodt    on behalf of Creditor   Members 1st Federal Credit Union
               bkgroup@kmllawgroup.com
              James M Bach    on behalf of Debtor 2 Tammy S Whitaker JMB@JamesMBach.com,
               staff@jamesmbach.com;staff@ecf.courtdrive.com;r39038@notify.bestcase.com
              James M Bach    on behalf of Debtor 1 Dane M Whitaker JMB@JamesMBach.com,
               staff@jamesmbach.com;staff@ecf.courtdrive.com;r39038@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
                                                                                              TOTAL: 7

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| DANE M. WHITAKER | |
| TAMMY S. WHITAKER | CHAPTER 13 |
| Debtors | |
| | CASE NO.: 1:17-bk-02403-HWV |
| DANE M. WHITAKER | |
| TAMMY S. WHITAKER | MOTION SEEKING COURT APPROVAL |
| Movants | TO SELL REAL ESTATE FREE AND |
| v. | CLEAR OF ALL LIENS |
| MEMBERS 1ST FEDERAL | |
| CREDIT UNION | |
| and | |
| PENNSYLVANIA HOUSING | |
| FINANCE AGENCY | |
| Respondents | |

## AMENDED ORDER

**AND NOW** it is hereby ordered and directed as follows:

1. The sale of the Debtors' property known and numbered as 320 Sawmill Road, Dillsburg PA 17019 is hereby approved.

2. The sale of property shall be Free and Clear of all Liens.

3. The sale may take place immediately.

4. The sale that pays in full the liens of Member's 1st Federal Credit Union and Pennsylvania Housing Finance Agency should occur within 90 days from the date of this order.

Dated: December 12, 2019         By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (JH)