United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                              Case No. 17-02403-HWV
Dane M Whitaker                                                Chapter 13
Tammy S Whitaker
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                           User: AutoDocke                             Page 1 of 2
Date Rcvd: May 18, 2021                    Form ID: fnldec                          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**       **Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2021:**

**Recip ID**           **Recipient Name and Address**
db/jdb                + Dane M Whitaker, Tammy S Whitaker, 320 Sawmill Road, Dillsburg, PA 17019-9582

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2021                              Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2021 at the address(es) listed below:**

**Name**                             **Email Address**

Jack N Zaharopoulos (Trustee)
                                     TWecf@pamd13trustee.com

Jada S Greenhowe
                                     on behalf of Creditor Pennsylvania Housing Finance Agency JGREENHOWE@PHFA.ORG

James Warmbrodt
                                     on behalf of Creditor Members 1st Federal Credit Union bkgroup@kmllawgroup.com

James M Bach
                                     on behalf of Debtor 2 Tammy S Whitaker JMB@JamesMBach.com
                                     staff@jamesmbach.com;staff@ecf.courtdrive.com;r39038@notify.bestcase.com

James M Bach
                                     on behalf of Debtor 1 Dane M Whitaker JMB@JamesMBach.com
                                     staff@jamesmbach.com;staff@ecf.courtdrive.com;r39038@notify.bestcase.com

| | |
|---|---|
| Rebecca Ann Solarz | on behalf of Creditor Members 1st Federal Credit Union bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Dane M Whitaker,<br>**Debtor 1**<br>Tammy S Whitaker,<br>**Debtor 2** | Chapter 13<br>Case No. 1:17−bk−02403−HWV |

Social Security No.:
    xxx−xx−8113    xxx−xx−8155

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: May 18, 2021

By the Court,

*/s/ Henry W. Van Eck*

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: MichaelMcHugh, Deputy Clerk

**fnldec** (10/20)