Fill in this information to identify the **Fill in this information to identify the case:**

Debtor 1   Dane M. Whitaker

Debtor 2   Tammy S. Whitaker

United States Bankruptcy Court for the MIDDLE District of Pennsylvania

Case number   17-02403 HWV

Official Form 410S1

## *Notice of Mortgage Payment Change*   12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Members 1st Federal Credit Union

**Court claim no**. (if known): 11

**Last 4 digits** of any number you use to identify the debtor's account: 1025

**Date of payment change:**
Must be at least 21 days after date of this notice    01/01/2020

**New total payment:**   $1,891.80
Principal, interest, and escrow, if any

### *Part 1:*  *Escrow Account Payment Adjustment*

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $492.41     **New escrow payment:** $ 526.28

### *Part 2:*  *Mortgage Payment Adjustment*

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** _____%     **New interest rate:** _____%

   **Current principal and interest payment:** $_____    **New principal and interest payment:** $_____

### *Part 3:*  *Other Payment Change*

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   **Current mortgage payment:** $_____    **New mortgage payment:** $_____

Official Form 410S1    **Notice of Mortgage Payment Change**    page 1
246
Case 1:17-bk-02403-HWV    Doc    Filed 12/09/19    Entered 12/09/19 16:02:55    Desc
Main Document    Page 1 of 2

| Debtor(s) | Dane M. Whitaker, and Tammy S. Whitaker | Case number (*if known*) 17-02403 HWV |
|---|---|---|
| | First Name  Middle Name  Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ **/s/ James C. Warmbrodt, Esquire**   Date   12/04/2019
Signature

| Print: | James C. Warmbrodt, Esquire | Title | Attorney for Creditor |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

Company   KML Law Group, P.C.

Address   701   Market Street, Suite 5000
          Number   Street
          Philadelphia,            PA    19106
          City                     State  ZIP Code

Contact phone   (215) 627–1322    Email   rsolarz@kmllawgroup.com